1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                      **FOR THE DISTRICT OF ARIZONA**
8

9    John Abt,                                    No. CV-18-01255-PHX-SMM

10                    Plaintiff,                   **ORDER**

11   v.

12   United of Omaha Life Insurance Company,
     et al.,
13
                      Defendants.
14

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice filed on August 23, 2022. (Doc. 52). For good cause shown in the Stipulation,

**IT IS ORDERED approving** the Stipulation. (Doc. 52).

**IT IS FURTHER ORDERED dismissing** this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action.

Dated this 24th day of August, 2022.


_____
Honorable Stephen M. McNamee
Senior United States District Judge